

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
|---|---|
| ADA BOYCE | 22-11670-JDW |

**AGREED ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY**

THIS MATTER came before the Court on the Motion to Extend Automatic Stay (Dkt. #8) (the "Motion") filed by the Debtor and the Response to Motion to Extend Automatic Stay (Dkt. #13) filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee").  Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby granted.  The automatic stay of 11 U.S.C. § 362(a) shall be and is hereby extended as to all creditors.

2. Should the Debtor become sixty (60) days or more delinquent in Chapter 13 plan payments, calculated from August 1, 2022, this case may be dismissed by subsequent order without further notice or hearing.

3. Should the present bankruptcy case be dismissed for any reason, including voluntarily, during the 12-month period beginning August 1, 2022, and ending July 31, 2023, the Debtor shall be barred from the filing of a

petition for bankruptcy relief in this or any other district. Following the conclusion of the 12-month period, this provision shall no longer be enforceable.

## ##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE


/s/ Robert H. Lomenick, Jr.
ROBERT H. LOMENICK, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645